UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DRUME,<br><br>            Petitioner,<br><br>      v.<br><br>SUPERIOR COURT FOR THE STATE OF CALIFORNIA FOR THE COUNTY OF FRESNO,<br><br>            Respondent. | No. 1:22-cv-00296-AWI-BAK/SKO (HC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br>**(Doc. 15)**<br><br>**ORDER DENYING MOTION FOR INJUNCTIVE RELIEF**<br>**(Doc. 14)** |

Petitioner is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On August 18, 2022, the Magistrate Judge assigned to the case issued Findings and Recommendation to deny Petitioner's motion for injunctive relief.  (Docs. 14, 15.)  This Findings and Recommendation was served upon all parties and contained notice that any objections were to be filed within twenty-one (21) days from the date of service of that order.  On September 6, 2022, Petitioner filed objections to the Magistrate Judge's Findings and Recommendations.  (Doc. 16.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is

supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis. Petitioner is advised that the proper avenue of relief for his complaints is a civil rights action pursuant to 42 U.S.C. § 1983. Petitioner is further advised to utilize the forms previously provided by the Clerk of Court.

Accordingly, the Court orders as follows:

1. The Findings and Recommendations, filed August 18, 2022 (Doc. 15), is ADOPTED IN FULL;

2. Petitioner's motion for injunctive relief (Doc. 14) is DENIED; and

3. The matter is REFERRED BACK to the magistrate judge for further proceedings pursuant to 28 U.S.C. § 636(b).

IT IS SO ORDERED.

Dated:   December 1, 2022

SENIOR DISTRICT JUDGE